UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**May 09, 2019**

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Cruz-Aguilar, Homar | Docket No. | 1:19CR02010-SAB-1 |
|---|---|---|---|

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Linda J. Leavitt, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Homar Cruz-Aguilar, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke sitting in the court at Yakima, Washington, on the 19th day of April 2019, under the following conditions:

**Special Condition number 3:** Defendant shall abstain totally from the use of alcohol.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Homar Cruz-Aguilar is alleged to have consumed alcohol on May 7, 2019.

Conditions of pretrial release were reviewed and signed by Mr. Cruz-Aguilar on April 22, 2019. He acknowledged an understanding of his conditions including special condition number 3.

**Supportive Evidence:** On May 7, 2019, the below said officer conducted a random home visit with United States Probation Officer (USPO) Santana at the defendant's listed address. The defendant was home with his two young daughters. The below said officer requested a random Breathalyzer test from the defendant. Prior to the test, the defendant admitted to USPO Santana he had a "drink" of "cerveza" (beer). The defendant submitted three Breathalyzer tests. The initial two readings from the test were 0.023 and 0.021. The final Breathalyer test collected a reading of 0.025. The defendant then admitted to USPO Santana he had one "cerveza" (beer). The below said officer requested the defendant obtain his conditions of release. The below said officer and USPO Santana then went over the defendant's release conditions again with him to include reviewing special condition number 3, regarding abstaining from alcohol consumption. The defendant stated "he forgot."

PRAYING THE COURT WILL ORDER A SUMMONS FOR THE DEFENDANT TO APPEAR BEFORE THE COURT TO ADDRESS THE ABOVE VIOLATION.

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on: May 9, 2019 |
| by | s/Linda J. Leavitt |
|  | Linda J. Leavitt<br>U.S. Pretrial Services Officer |

PS-8

**Re: Cruz-Aguilar, Homar**
**May 9, 2019**
**Page 2**

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[x]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[x]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*M. K. Dimke*

Signature of Judicial Officer

5/9/2019

Date